

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK

14-3262

# RUSHVILLE
# SCANNING COVER SHEET

**Notice – Please read and carefully follow these instructions.**

1. Each pleading must have this cover sheet on top.
2. Each pleading must be legible. Typed, double-spaced pleadings are preferred.
3. All pages must be numbered.
4. Each pleading must be scanned separately as one complete document. A pleading may not be scanned page by page. If the pleading is more than 25 pages, then the pleading must be scanned and submitted in multiple emails with a maximum size of 25 pages. The subject line of each email should specify the range of pages included within. (For example, a 40 page pleading would be broken into 2 emails, the first with a subject line "Email 1 of 2 – Pages 1-25" and the second with a subject line of "Email 2 of 2 – Pages 26-40".)
5. Discovery requests and responses are not filed with the Court unless they are part of a motion to compel. Discovery requests and responses shall not be electronically filed per Local Rule 26.3. However, a Certificate of Service may be scanned stating you have served your discovery documents on the other parties in the case.
6. Only lines and boxes included on this form should be filled out. Do not provide any other information regarding your pleading on this Scanning Cover Sheet.

**Please complete the following (Print):**

Date: 8/22/14

Name: Powers v Lochard

Case Number: New Case    ☐ (Check here if this is a new case)

**Type of Pleading (Check only one):**

☐ Motion / Petition
☐ Response / Reply
☐ Other (Specify) _____

Title of Pleading: Civil Rights Complaint/Inferences
(For Example, "Motion to Compel" or "Response to Summary Judgment")

Number of Pages for this Pleading (Not including Scanning Cover Sheet): 9

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

|  |  |  |
|---|---|---|
| THOMAS POWERS | ) | 14-3262 |
| plaintiff | ) | CIVIL ACTION:_____ |
|  | ) |  |
| VS. | ) |  |
|  | ) | THE HONORABLE JUDGE PRESIDING: |
|  | ) |  |
|  | ) | _____ |
| DOCTOR HUGH LOCHARD | ) |  |
| JOHN AND JANE DOES | ) |  |
|  | ) |  |
| defendants, | ) | "JURY DEMAND" |
|  | ) |  |
|  | ) |  |

BEFORE ME THE UNDERSIGNED AUTHORITY, ON THIS DAY PERSONALLY APPEARED

THOMAS POWERS, WHO AFTER BEING DULY SWORN UPON HIS OATH DEPOSES AND STATES

AS FOLLOWS:

THIS IS A TRUE AND CORRECT STATEMENT WHICH DID OCCUR, AND I AM WILLING

TO TESTIFY IN THIS HONORABLE UNITED STATES DISTRICT COURT UNDER THE PENALTY

OF PERJURY TO ALL THE FACTS CONTAINED HEREIN PURSUANT TO 28 U.S.C 1746,

AND BY MY SIGNATURE THIS I DO HEREBY SWEAR.

Respectfully submitted;

Thomas Powers
1680 E. County Farm Road
Rushville, Illinois 62681
217-322-3204

notary public;

Subscribed and sworn before me
on this _____ day of _____, 2014.

_____
NOTARY PUBLIC

IN THE
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS POWERS, ) | |
| PLAINTIFF ) | |
| ) | |
| VS. ) | 14-3262 |
| ) | |
| ) | |
| DOCTOR HUGH LOCHARD ) | |
| JOHN OR JANE DOE'S ASCERTAINED ) | |
| BY AND THROUGH DISCOVERY ) | |
| DEFENDANTS ) | |

CIVIL RIGHTS COMPLAINT

JURISDICTION:

1. The jurisdiction of this court is invoked pursuant to the Civil Rights Action 42 U.S.C. 1983 et seq; 42 U.S.C. 1987 and 1985 the judicial code, 28 U.S.C 1331 and 1343 (a); and supplementary jurisdiction, pursuant to 28 U.S.C. 1367(a).

2. This Court has authority pursuant to 28 U.S.C. 2201 and 2202 to provide appropriate declaratory releif as to matters within it's jurisdiction and has authority under 42 U.S.C 1988 to award Attorney Fees and cost to successful civil rights plaintiffs.

VENUE:

3. Pursuant to 28 U.S.C. section 1391 (a)(1) and 29 U.S.C. SECTION 1132 (e)(2), Venue is proper in the Central District of Illinois in that the constitutional breach occurred within this District and the Defendants are found in this District as well.

PARTIES:

4. The Plaintiff Thomas Powers was at all times relevant to this complaint a citizen of the United States of America, and is a registered voter of Schuyler County, and as such is guaranteed all the rights, priviledges, and immunities, safeguards, and protections set forth in the United States Constitutional Amendments. Plaintiff has exhausted his Administrative remedies.

5. The Defendant Doctor Hugh Lochard of the Rushville Treatment and Detention Facility was at all times relevant times of this complaint employed by the Wexford Health Care services while engaging in the conduct complained of in the course and scope of his employment under the color of law and is is sued in both his individual and official capacity in violation of the Plaintiff's eighth and fourteenth amendments of the United States Constitution.

6. The Defendants John and Jane Does of the Rushville Treatment and Detention Facility were at all times of this complaint employed while engaging

2.

in the conduct complained of in the course and scope of his or her employment under the color of law and is sued in their individual and official capacity in violation of the Plaintiff's eighth and fourteenth amendments of the United States Constitution.

FACTS:

7. The Plaintiff is involunitarily detained at the Rushville Treatment and Detention Facility since June 26,2012 where he has also at that time to serve a 2 year Mandatory Supervised Release.

8. Plaintiff has no pending criminal charges.

9. Plaintiff has no outstanding warrants.

10. The plaintiff is not accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or terms and conditions of parole, probation, pre-trial release or diversionary program.

11. The State and it's officials have <u>NO LEGAL AUTHORITY TO PUNISH THE PLAINTIFF WITH PUNITIVE FORMS OF INCARCERATION.</u>

12. Plaintiff has had degenerative hip disease since he was diagnosed with in June of 2001, plaintiff's hip progressively worsened and after 12 years on July 10,2013, plaintiff underwent total left hip replacement.

13. Plaintiff limped during the hip injury and his body compensated during the above time causing pain in his back.

14. On February 21,2003 Plaintiff's Xrays showed L5/S1 moderate narrowing of disc space, xrays were conducted at Imaging Associates LLC in Springfield Illinois.

15. On February 11,2008 University of Illinois Medical Center in Chicago, Illinois showed slight spurring anteriorly at L3 and L4.

16. Plaintiff has complained about his back throughout the years and has sent numerous health care requests, most frequently the pain has become so severe after the plaintiff's hip surgery.

17. On February 5, 2014, the Radiology Report Exam of Plaintiff's Lumber Spine comp w/obig showed Degenerative Disc disease throughout the Lumber spine. Bone demineralization present.

18. Plaintiff's back pain has increased extremely since plaintiff's hip surgery, plaintiff has submitted numerous sick call slips since November 2013.

19. Since February 2014 Xrays have been done, nothing but medication has been ordered. Plaintiff's pain has increased, the medication is only masking the problem and causing more damage to the plaintiff's body.

20. Plaintiff has made every effort to help his back pain with light workouts, stretching, trying yoga, attending back pain management classes, plaintiff is only met with pain when conducting the included exercises.

21. Plaintiff's normal functions of walking have deterorated.

22. Dr. Hugh Lochard's delay in getting plaintiff MRI, Back specialist, back brace, walking cane, back physical therapy and the delay in surgery has caused the plaintiff a wanton infliction of pain.

24. Lochard's knowledge of this delay is done with a culpable state of mind.

25. Plaintiff's right shoulder was tore on February 15, 2000.

26. Plaintiff has had therapy throughout the years of IDOC up until his release from IDOC on June 26, 2012.

27. On December 11, 2013 Plaintiff was seen by Dr. Ma and plaintiff received a steroid injection.

28. On March 19, 2014 Plaintiff's right shoulder showed degenerative disease in the acromioclavical joint.

29. Dr. Lochard continously delaying treatment by furthering plaintiff to an orthopedic surgeon for his right shoulder, denying and delaying treatment and refusing to order surgery for plaintiff's right shoulder.

30. Lochard refuses to send Plaintiff to an Orthropedic surgeon for his shoulder or refuses to give Plaintiff an additional steroid injection to stop the pain.

31. On May 15, 2014 Plaintiff tore his **left shoulder** and bicep, Lochard refuses to Xray or treat Plaintiff's left shoulder and bicep.

32. In January and February of 2014, while Plaintiff returned from his monthly court writs to Winnebago County in the <u>MATTER OF THE DETENTION OF THOMAS POWERS CASE NO 12 MR 419</u>, Plaintiff's writ would be a gate time of 8:15 am for a 1:30 pm court time returning at approximately 7:15 pm plaintiff would be shackled. Every return plaintiff's wrists would be swollen, red, bruised and hurting.

33. The nurses staff informed Plaintiff to put in for Dr. Lochard to obtain extra cuffs.

34. A nurse Marsha Mongel wrote an extra cuff order on March 14, 2014 and Plaintiff received a copy of the order up until August 5, 2014, plaintiff was put in two cuffs and there was no swelling, redness or bruising upon the 11 hour court writ.

35. On August 5, 2014 and August 15, 2014 plaintiff was not allowed an extra cuff and both court writs returned with swollen, red and bruised wrists.

36. Doctor Lochard refuses to see plaintiff about the extra cuffs, Lochard is causing a significant injury, this use of force is excessive to the need, Lochard's action constitute an unnecessary wanton infliction of pain.

37. Plaintiff is suffers emotionally every day, bearing unbeleivable amount of pain in his back, shoulders and wrists.

38. On August 13, 2014 Lochard confiscates plaintiff's walking cane that he still uses for severe back pain. Lochard refuses to see the Plaintiff about the pain relief the walking cane gives him.

39. Doctor Lochard is working with security personel to deny adequate medical care.

5.

40. In July 2013 after Hip surgery. Dr. Lochard when asked why are you letting security tell you I should have gym restriction?

41. Dr. Lochard called me ridiculous and stated "sue me", Lochard went on to say to me "I got you a new hip,isn't that enough".

42. Dr. Lochard is intentionally,willfully and wantonly denying plaintiff necesary treatment.

43. Plaintiff continues to suffer needlessly at the hands of the Defendant. Plaintiff is in need of surgery on his back and shoulders.

44. Plaintiff has been waiting for over a year for a MRI on his back.

45. As a proximate result of this defendant's action as detailed above, the plaintiff has suffered and continues to suffer irreparable harm, severe distress,humilation and ongoing degradation allof his own detriment.

### CLAIM FOR DELIBERATE INDIFFERENCE FOR DENYING, DELAYING, REFUSING TO ESCALATE TO AN ORTHOPEDIC SURGEON AND CAUSING EXCESSIVE RESTRAINT CAUSING SIGNIFICANT INJURY

Plaintiff realledges paragraphs 1 through 45.

46. The actions of Dr. Hugh Lochard foregoing and depriving the Plaintiff required medical treatment for a well diagnostical surgical need in lieu of monetary saving, deliberate retaliatory delay is such a brazen act of deliberate indifference to plaintiff's serious medical need, so obvious even a lay person would recgnize the surgical necessity.

47. The actions of Dr. Lochard malicious tormenting delay after plaintiff's has ongoing back problems from 2003,Lochard refuses to MRI plaintiff's back,confiscates walking cane which gave Plaintiff symptomatic relief.

48. The actions of Lochard in refusing to send plaintiff to an orthopedic surgeon for his right shoulder which has been tore since February 15,2000 and has been reinjured and needs surgery.

6.

49. Lochard refuses to address plaintiff's left shoulder and bicep where on May 15,2014 the muscle tore, plaintiff is in need of Xray and/or MRI, and to send to an orthopedic surgeon..

50. Lochard refuses to increase pain medication to relieve the extreme pain plaintiff is in.

51. Lochard has stopped medication December 12,2012, August 20,2013, April 22,2014 and all court writs he refuses to give my medication.

52. Lochard is continuing working with security in denying me gym-deny-treatment prescribed of the hip surgeon, taking my walking cane and denying me extra cuffs. Denying me ADA cell on in Novmember 2013.

53. On August 5,2014 plaintiff has had an extra cuff order,due to swelling redness,and bruising of his wrist upon 11 hour court writs to Winnebago County, extra cuffs are also applied due to tore shoulders, security told Lochard to rescind extra cuff order causing significant injury to plaintiff's wrists upon return on August 5 and 15th 2014 Winnebago Court writs.

54. Lochard refuses to treat injuries to plaintiff wrists..

55. Lochard's actions failed to provide the plaintiff reasonable care and has reached a standard of recklessness.

56. This Defendant has failed to provide plaintiff with a duty of care pending with his knowledge of the plaintiff's suffering is extreme.

57. The medication treatment given by Lochard is so blantantly inappropriate as to evidence intentionally mistreatment likely to seriously aggravate the serious medical conditions the plaintiff suffers from.

58. Dr. Hugh Lochard's actions are violating the plaintiff's first,eighth and fourteenth Amendments of the United States Constitution to be free from cruel and unusual punishment and execessive restraining causing significant injury amounting to corporal punishment.

WHEREFORE,Plaintiff demands substanial actual/compenstory damages from thsi defendant named in this count, additional, because this defendant acted maliciously,willfully,wantonly and or in reckless disregard for

7.

the plaintiff's constitutional rights,plaintiff demands substanial punitive damages from thsi defendant. Plaintiff also demands cost and whatever additional relief this Honorable Court deems equitable and just.

### FIRST AMENDMENT CONSTITUTIONAL VIOLATION
### BY DEFENDANT LOCHARD AND JOHN AND JANE DOE DEFENDANTS
### ASCERTAIN THROUGH THE DISCOVERY PROCESS

Plaintiff realleges paragraphs 1 through 45.

59. As a direct and proximate result of plaintiff's numerous requests,grievances and various exhaustions of administrative remedies, the discontinuing of plaintiff's medical treatment and tortmenting further delay, denial of auxillery devices were done to demonstrate power and punish plaintiff. Refusal to send plaintiff to specialists. Plaintiff's outspoken comments of pending litigation on his hip,back,shoulder and wrists,furthermore, influenced the Defendant to use his medical influence to black ball plaintiff with other health care staff and security, treatment staff. Thereby seeking to retaliate against plaintiff for exercsing his First Amendment right to petition and seek legal redress in violation of his First Amendment Constitutional right,all to the detriment of the plaintiff.

60. WHEREFORE Plaintiff demands compensatory,punitive damages from this defendant named in this count. Plaintiff also demands cost and whatever additional relief this Honorable Court deems equitable and just.

Subscribed and sworn to before me
on this day of _____,2014.

_____
NOTARY PUBLIC

_____
Thomas Powers
1680 E. County Farm Road
Rushville,Illinois 62681
217-322-3204

8.